AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Gerald Wayne Ledford | ) | Case No. 15- MJ- 2048-MBB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 19, 2014__ in the county of __Suffolk__ in the _____ District of __Massachusetts__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Transmitting a Communication Containing a Threat to Injure a Person in Interstate and Foreign Commerce |

This criminal complaint is based on these facts:

See attached Affidaivit of Special Agent Trinity D. Schroeter in Support of an Application for a Criminal Complaint

☑ Continued on the attached sheet.

*Complainant's signature*

Trinity D. Schroeter, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/01/2015

*Judge's signature*

City and state: Boston, Massachusetts

U.S. Magistrate Judge Marianne B. Bowler
*Printed name and title*