**Place of Offense:**            **Category No.** III            **Investigating Agency** FBI

**City** BOSTON                  **Related Case Information:**

**County** SUFFOLK               Superseding Ind./ Inf. _____  Case No. _____
                                 Same Defendant _____  New Defendant _____
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number  14-mj-2275-MBB
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  GERALD WAYNE LEDFORD                Juvenile:  ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name  _____

Address     (City & State) Clinton, Iowa

Birth date (Yr only): 1958   SSN (last4#): 1987   Sex M   Race: White   Nationality: USA

**Defense Counsel if known:** _____         Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA  Theodore Merritt and Scott Garland        Bar Number if applicable _____

**Interpreter:**  ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**  ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty — ☐ Misdemeanor — ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 1, 2015        Signature of AUSA: *[signature] Scott L. Garland*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     GERALD WAYNE LEDFORD

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 875(c) | Transmitting Threatening Communications in Interstate Commerce | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____