# EXHIBIT 1

**Posts To Page**

 **Gerry Ledford** ▸ Islamic Society of Boston Cultural Center (ISBCC)
18 hrs

This is for you followers of the piece of shit Mohamed ...



Like  Comment  Share  💬 5

 **Gerry Ledford** ▸ Islamic Society of Boston Cultural Center (ISBCC)
18 hrs

Mohamed was a child rapist a murderer and molester you all will go to hell with you're father satan..we will destroy you here and in you're shit hole countrys

Like  Comment  Share