IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GERALD W. LEDFORD,<br><br>　　　　Defendant. | Case No. 15-MJ-2098-MBD |

June 1, 2015. Allowed. Marianne B. Bowler, USMJ

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, the supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents which the United States Attorney has filed in the above-styled matter, and that upon the defendant's arrest, the United States be permitted to provide copies of the sealed complaint and supporting affidavit before they are unsealed by this Court to the defendant and any court before which he appears.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Date: June 1, 2015　　　　　　By:　/s/ Scott L. Garland
　　　　　　　　　　　　　　　　　Scott L. Garland
　　　　　　　　　　　　　　　　　S. Theodore Merritt
　　　　　　　　　　　　　　　　　Assistant U.S. Attorneys