IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GERALD W. LEDFORD,<br><br>　　　　Defendant. | Criminal No. 15-MJ-2098-MBB |

## GOVERNMENT'S MOTION TO UNSEAL THE COMPLAINT

The United States of America hereby moves this Court to unseal the complaint in this case. In support of this motion, the government states that the defendant was arrested on this morning, and that there is no further reason to keep the complaint secret.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
S. Theodore Merritt
Scott L. Garland
Assistant U.S. Attorneys

Date: June 3, 2015