IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GERALD W. LEDFORD, <br> Defendant. | CASE NUMBER: 15cr10143 <br><br> VIOLATIONS: <br> 18 U.S.C. § 875(c) <br> Transmitting Threats In Interstate Commerce |

## INDICTMENT

**COUNT ONE: 18 U.S.C. § 875(c)**
(Transmitting Threatening Communications in Interstate and Foreign Commerce)

The Grand Jury charges that:

On or about October 19, 2014, in the District of Massachusetts, the Southern District of Iowa, and elsewhere, the defendant,

**GERALD WAYNE LEDFORD,**

in interstate and foreign commerce, transmitted from Clinton, Iowa to Boston, Massachusetts and elsewhere communications that contained threats to injure the person of another, that is, a communication posted on the Facebook page of the Islamic Society of Boston Cultural Center that consisted of a photograph of a man holding a rifle with a scope mounted on a bipod with the caption "This is for you.followers of the piece of shit Mohamed …" and another communication posted at the same place, stating, "Mohamed was a child rapist .a murderer and molester.you all will go to hell with you're father satan..we will destroy you here and in your're shit hole countrys", and that he did so for the purpose of issuing threats and with knowledge that the communications

would be viewed as threats.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signatures]*
ASSISTANT U.S. ATTORNEYS

DISTRICT OF MASSACHUSETTS; June __9__, 2015

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

12:05 pm
6-9-15