AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

982/039

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-MJ-2098-MBB |
| Gerald W. Ledford | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

FILED IN CLERK'S OFFICE
2015 JUN 5 AM 9 39
U.S. DISTRICT COURT
DISTRICT OF MASS.

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Gerald W. Ledford
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

on or about October 19, 2014, transmitting in interstate and foreign commerce a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c)

Date: 06/01/2015

City and state: Boston, Massachusetts

Marianne B. Bowler, United States Magistrate Judge

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____

Date: _____

WARRANT EXECUTED BY FBI SID Davenport
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 6/3/2015

Arresting officer's signature

Printed name and title