## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NUMBER:   15-MJ-48 |
| GERALD W. LEDFORD, | |

### CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE UNDER RULE 20

I, Gerald W. Ledford, defendant, have been informed that an indictment is pending against me in the above-designated cause.   I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of Iowa, in which I, Gerald W. Ledford, am under arrest, and to waive trial in the District of Massachusetts.

Dated  8/3  at 2015

_____
Defendant Gerald W. Ledford

_____
Witness

_____
Terry McAtee, Esq., Counsel for Defendant

_____
Richard D. Westphal, Assistant U.S.
Attorney

Approved

_____
Carmen M. Ortiz
United States Attorney
for the District of Massachusetts

_____
Richard D. Westphal
Designee-United States Attorney
for the Southern District of Iowa

**U.S. Department of Justice**

Rule 20 -- Transfer Notice

| To: | District Southern District of Iowa | Date 8/4/2015 |
|---|---|---|
| Name of Subject: Gerald W. Ledford | Statute Violated 18 U.S.C. § 875(c) | File Data *(Initials and Number)* |

### Part A -- District of Arrest

☒ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
    **Date of Plea**        **Date of Sentence**        **Sentence**

| From *(Signature and Title)* Richard O. Wrsphe AUSA / Designee - USA | Address | U.S. Courthouse, Suite 310 131 E. 4th Street Davenport, Iowa 52801 |
|---|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
        on        at        o'clock

*(Kindly notify me of any anticipated delay)*
☒ Enclosed are two certified copies of indictment or information    Docket No. 15-CR-10143-NMG

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)* Robin for Carmen M. Ortiz USA | District District of Massachusetts | Date 8.4.15 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV. 85